**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Kyle J. Gorman** | : | Case No.:  15-16146 |
| **Christine T. Gorman** | : | Chapter 13 |
| | : | Judge LaShonda A. Hunt |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF MOTION

TO: See attached list.

  PLEASE TAKE NOTICE that on <u>June 26, 2020</u>, at <u>10:15 a.m.</u>, I will appear before the Honorable Judge LaShonda A. Hunt, or any judge sitting in that judge's place, and present a <u>Motion for Relief from Stay</u>, a copy of which is attached.

  **This motion will be presented and heard telephonically.**  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

            MEB Loan Trust IV

           By:  /s/ Umair Malik
              Umair M. Malik (6304888)
              Manley Deas Kochalski LLC
              P.O. Box 165028
              Columbus OH  43216-5028
              Contact email is ummalik@manleydeas.com

19-040579_EJS1

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed below, by causing same to be mailed in a properly addressed envelope, postage prepaid, on the below listed date, unless a copy was provided electronically by the Clerk of the Court.

Date  06/16/2020                             /s/ Umair Malik
                                             Signature

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

David M Siegel, Attorney for  Kyle J. Gorman and Christine T. Gorman, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 16, 2020:

Kyle J. Gorman and Christine T. Gorman, 2640 Carlsbad Circle, Aurora, IL  60504

Kyle J. Gorman and Christine T. Gorman, 2640 Carlsbad, Aurora, IL  60504

CitiMortgage, Inc., Bankruptcy Department, PO Box 140609, Irving, TX  75014-0609

Lakewood Valley Homeowners Associat, c/o Caruso Management Group, 800 W. 5th Ave, Ste 110B, Naperville, IL  60563

19-040579_EJS1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Kyle J. Gorman** | : Case No.: 15-16146 |
| **Christine T. Gorman** | : **Chapter 13** |
| | : **Judge LaShonda A. Hunt** |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * * |
| | : |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY (SECOND MORTGAGE)

MEB Loan Trust IV ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 2640 Carlsbad, Aurora, IL 60504 ("Property"). In support of the Motion, the Creditor states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Kyle J. Gorman and Christine T. Gorman ("Debtors") filed a Chapter 13 case on May 6, 2015 ("Petition Date").

3. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

19-040579_EJS1

4. The above described Mortgage was given to secure an Adjustable Rate Note, ("Note"), dated October 17, 2005 and made payable to the Creditor in the original sum of $52,000.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Will County Recorder's Office on January 27, 2006. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Home Affordable Second Lien Modification Agreement attached as Exhibit "C".

7. Select Portfolio Servicing, Inc. services the loan on the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of MEB Loan Trust IV ("Noteholder"). Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

8. As of June 2, 2020, the outstanding principal of the Note was $40,615.35 and the outstanding interest was $942.01.

9. The Debtor is in default post-petition. A payment history is attached as Exhibit "D".

10. Said failure to make post petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

11. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

19-040579_EJS1

    a. Debtor has no equity in the Property and the Property is not needed by the Debtor for its reorganization. Creditor believes that the Property has a value of $164,276.00 based on Schedule D, which is attached hereto as Exhibit "E". Creditor believes CitiMortgage, Inc. has an interest in the sum of $198,000.00 and Lakewood Valley Homeowners Associat has an interest in the sum of $0.00. Including the Creditor's lien, there are liens in an aggregate amount of $239,356.73 on the Property. The estimated principal balance is $40,615.35 with additional interest estimated at $942.01, fees estimated at $36.00, recoverable balance estimated at $1,025.00, less a suspense balance in the amount of $1,261.63, totaling a secured claim of approximately $41,356.73 as of June 2, 2020. After the costs of sale and payment of all liens on the Property, there will be effectively no equity in this Property. Based upon the lack of equity in the Property, Creditor asserts that the Property is burdensome and/or of inconsequential value and benefit to the estate.

    b. The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, as of June 2, 2020, Debtor has failed to make periodic payments to Creditor since January 1, 2018, which unpaid payments are in the aggregate amount of $3,090.30, less a post petition suspense balance of $1,055.61 for a total default of $2,034.69 through June 2020. As of June 2, 2020, Debtor was to have made 61 post petition payments. Debtor has only made 31 post petition payments. Debtor is delinquent 30 post petition payments.

12. The Creditor requests that the Court order that Rule 4001(a)(3) is not applicable.

19-040579_EJS1

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Trustee is hereby directed to halt disbursements to Creditor upon the filing of the Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

19-040579_EJS1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (Second Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL  60532, mcguckin_m@lisle13.com

David M Siegel, Attorney for  Kyle J. Gorman and Christine T. Gorman, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  16 , 2020:

Kyle J. Gorman and Christine T. Gorman, 2640 Carlsbad Circle, Aurora, IL  60504

Kyle J. Gorman and Christine T. Gorman, 2640 Carlsbad, Aurora, IL  60504

CitiMortgage, Inc., Bankruptcy Department, PO Box 140609, Irving, TX  75014-0609

Lakewood Valley Homeowners Associat, c/o Caruso Management Group, 800 W. 5th Ave, Ste 110B, Naperville, IL  60563

/s/ Umair Malik

19-040579_EJS1