# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) <u>Kyle J. Gorman</u>   Case No.: <u>15-16146</u>   Chapter: <u>13</u>
<u>Christine T. Gorman</u>

All Cases: Moving Creditor: <u>MEB Loan Trust IV</u>   Date Case Filed: <u>May 6, 2015</u>

Nature of Relief Sought  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____<u>N/A</u>_____ or Date Plan Confirmed <u>09/18/2015</u>

Chapter 7:   ☐ No-Asset Report filed on _____
☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

    a.  ☒ Home  2640 Carlsbad, Aurora, IL 60504
    b.  ☐ Car Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2. Balance Owed as of June 2, 2020: $<u>41,356.73</u>
Total of all other Liens against Collateral: $<u>198,000.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>164,276.00, Schedule D</u>

5. Default

    a.  ☐ Pre-Petition Default
    Number of months _____   Amount $_____

    b.  ☒ Post-Petition Default
    i.   ☒ On direct payments to the moving creditor
    Number of months <u>30</u>   Amount $<u>2,034.69</u>

    ii.  ☐ On payments to the Standing Chapter 13 Trustee
    Number of months _____   Amount $_____

6. Other Allegations
    a.  ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid Amount $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other _____

    b.  ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

    c.  ☐ Other "Cause" 11 U.S.C. §362(d)(1)

        v.    ☐ Bad Faith (describe) _____
        vi.   ☐ Multiple filings
        vii.  ☐ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral

        viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No

19-040579_EJS1

Statement of
Intentions Filed

Date: June 16, 2020

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

(Rev. 12/21/09)

19-040579_EJS1